United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KATHERYN SUSANA CALLEJAS CAST, | § § | CIVIL ACTION NUMBER 4:26-cv-01457 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

### ORDER

Pending is an advisory by the Government suggesting that the petition in this action is moot because an immigration judge has granted an application by Petitioner for voluntary departure, which is to occur on or before May 9, 2026. Dkt 10.

Petitioner Katheryn Susana Callejas Cast is ORDERED to make a filing by April 13, 2026, stating her position as to whether this action may be dismissed.

Failure to respond will result in dismissal without prejudice without further notice.

SO ORDERED.

Signed on April 2, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge